IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AMY JETT, individually and on behalf of all others similarly situated | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 3:18-cv-1366 |
| | ) ) | Judge Staci M. Yandle |
| WARRANTECH CORPORATION and AMT WARRANTY CORPORATION | ) ) ) | Magistrate Judge Reona J. Daly |
| Defendants. | ) ) | |

**DEFENDANTS MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES 12(b)(2), 12(b)(1), 12(b)(6), AND 9(b) OR, ALTERNATIVELY, TO STRIKE PURSUANT TO RULES 12(f) AND 23(d)(1)(D)**

Defendants, Warrantech Corporation and AMT Warranty Corporation, by and through their undersigned attorneys, moves this Honorable Court to dismiss Plaintiff's Complaint (Dkt. [1]) pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(1), 12(b)(6), and 9(b) or, alternatively, to strike pursuant to Rules 12(f) and 23(d)(1)(D). For the reasons set forth in Defendants' accompanying Memorandum in Support of its motion, Defendants respectfully request that this Court: (i) grant its motion to dismiss pursuant to Rule 12(b)(2), 12(b)(1), 12(b)(6), and 9(b); (ii) alternatively, strike pursuant to Rules 12(f) and 23(d)(1)(D); (iii) dismiss Plaintiff's Complaint (Dkt. [1]) with prejudice; and (iv) grant such other relief as this Court deems to be just and proper.

Dated: September 4, 2018                               Respectfully submitted,


                                                       WARRANTECH CORPORATION and
                                                       AMT WARRANTY CORPORATION

By:  /s/ Robert A. Roth
     One of their attorneys

Robert A. Roth (#6200416)
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, Illinois 60606
(312) 207-1000
rroth@reedsmith.com
*Attorney for Warrantech Corporation*
-and-
*AMT Warranty Corporation*

- 3 -

## CERTIFICATE OF SERVICE

    I, Robert A. Roth, the undersigned attorney, state that on September 4, 2018, I electronically filed the foregoing Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant To Federal Rules 12(b)(2), 12(b)(1), 12(b)(6), And 9(b) Or, Alternatively, To Strike Pursuant To Federal Rules 12(h) and 23(d)(1)(D) with the Clerk of the Court using the ECF system which will send notification to all parties and counsel of record.

                                                                         /s/ Robert A. Roth