IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMY JETT, individually and on Behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>WARRANTECH CORPORATION and AMT WARRANTY CORPORATION,<br><br>                Defendants. | Case No. 3:18-CV-01366-SPM |

# JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal dated June 1, 2021 (Doc. 79), Plaintiff Amy Jett, individually and on behalf of all others similarly situated, claims against Defendants Warrantech Corporation and AMT Warranty Corporation are **DISMISSED with prejudice,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    DATED:    June 2, 2021.

                                                  MARGARET M. ROBERTIE,
                                                  Clerk of Court

                                                  By:  s/ *Jackie Muckensturm*
                                                               Deputy Clerk

**APPROVED:** s/ *Stephen P. McGlynn*
                        STEPHEN P. MCGLYNN
                        U.S. District Judge